UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

In Re:

Durwantie Bhola
                Debtors

Case No.: 11-42133

Adv. No:

Hearing Date: 02/06/2019 @ 9:00 a.m.

Chapter: 13

Judge: Christine M. Gravelle

## CERTIFICATION IN OPPOSITION TO MOTION TO REOPEN CASE

I, Durwantie Bhola, the Debtor in the above-captioned matter, by way of Certification in Opposition to Reopen Case as proposed by my home mortgage company, Nationstar Mortgage, do hereby certify and say:

1. I dispute the motion calling for arrears in the amount of $10,508.82.

2. I am in the process of providing proof of payments to my attorney. A supplemental Certification will be filed showing payments made.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 28, 2019                          /s/ Durwantie Bhola
                                                                         DURWANTIE BHOLA