UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Durwantie Sewnerine Bhola

**Order Filed on August 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:     11-42133-CMG

Hearing Date:     8/7/19

Judge:     Christine M. Gravelle

Chapter:     13

Recommended Local Form:     ☒ Followed     ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
to Reopen Ch. 13 Case

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 8, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____January 8_____, 20 _19_ by _Melissa N. Licker on behalf of Nationstar Mortgage LLC_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*